NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALIEN TECHNOLOGY, LLC,**
*Plaintiff-Appellee*

**v.**

**INTERMEC, INC., INTERMEC IP CORP.,
INTERMEC TECHNOLOGIES CORP.,**
*Defendants-Appellants*

---

2018-1727

---

Appeal from the United States District Court for the District of North Dakota in No. 3:06-cv-00051-DLH-ARS, Chief Judge Daniel L. Hovland.

---

## JUDGMENT

---

TED G. DANE, Munger, Tolles & Olson LLP, Los Angeles, CA, argued for plaintiff-appellee. Also represented by ELIZABETH LAUGHTON.

DOUGLAS L. SAWYER, Perkins Coie, LLP, Chicago, IL, argued for defendants-appellants. Also represented by MARK T. SMITH; DAN L. BAGATELL, Hanover, NH.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (CHEN, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 17, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court